# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2021

Bridget M. McCormack,
Chief Justice

162559(37)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

EARTHCOM, INC.,
      Plaintiff-Appellant,

                                SC: 162559

v                                  COA: 348504

                                Ingham CC: 17-000755-CB

JEFFREY CLARK, RODNEY CAIN,
INTEGRATED CONSTRUCTION SERVICES,
INC., and LISA CLARK,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer is GRANTED. The answer submitted on May 3, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      May 5, 2021                        

                                               Clerk